**EXHIBIT "A"**

| IN RE: | § | Case No. 05-40493-H5-7 |
|---|---|---|
| | § | |
| **KATHLEEN MARY RADCLIFFE,** | § | **(Chapter 7)** |
| | § | |
| DEBTOR. | § | |

| Name & Address | Claim No. | Check # | Amount |
|---|---|---|---|
| __X___ Small Dividends | | | |
| _____ Unclaimed Dividends | Claim #9<br>Capital One Recovery<br>For GE Money Bank dba QVC<br>25 S.E. 2nd Avenue, Suite 112<br>Miami, Florida | | $ 4.25 |
| | Total Unclaimed Dividends | | n/a |
| | Total Small Dividends | | $ 4.25 |